UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **SCORONE C. HINES,** | ) Case No. 1:12-cv-02773-JG |
| Plaintiff, | ) JUDGE JAMES S. GWIN |
| v. | ) **MOTION FOR ADMISSION *PRO HAC VICE* OF W. SCOTT HARDY** |
| **VITRAN EXPRESS, INC.,** | ) |
| Defendant. | ) |

COMES NOW the undersigned, Josephine S. Noble, Esq. (Ohio Bar #0078410), a member in good standing of the Bar of the State of Ohio, and hereby moves this Court to enter an order permitting W. Scott Hardy, Esq. to practice *pro hac vice* before the United States District Court for the Northern District of Ohio, Eastern Division, as counsel for Defendant Vitran Express, Inc. in the above-captioned matter.

In support of this Motion, Ms. Noble incorporates by reference the attached Affidavit of W. Scott Hardy, Esq.; Shareholder; Ogletree, Deakins, Nash, Smoak & Stewart, P.C., located at One PPG Place, Suite 1900, Pittsburgh, PA 15222; Telephone: 412-394-3346; Facsimile: 412-232-1799; and Email address:  scott.hardy@ogletreedeakins.com.

WHEREFORE, Ms. Noble respectfully requests that this Court admit W. Scott Hardy, Esq. *pro hac vice* to participate in all aspects of this case on behalf of Defendant, Vitran Express, Inc.

    Respectfully submitted,

*/s/ Josephine S. Noble*
John Gerak (0075431)
Josephine S. Noble (0078410)
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
127 Public Square
4130 Key Tower
Cleveland, OH  44114
216.241.6100
216.357.4733 (FAX)
john.gerak@ogletreedeakins.com
josephine.noble@ogletreedeakins.com

*Attorneys for Defendant*
*Vitran Express, Inc.*

## CERTIFICATE OF SERVICE

    I hereby certify that on January 18, 2013 a copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's ECF system.

        */s/ Josephine S. Noble*
        *One of the Attorneys for Defendant*
        *Vitran Express, Inc.*

14155373.1