UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **SCORONE C. HINES,** | ) Case No. 1:12-cv-02773-JG |
| | ) |
| Plaintiff, | ) JUDGE JAMES S. GWIN |
| | ) |
| | ) **AFFIDAVIT OF W. SCOTT HARDY,** |
| v. | ) **ESQ. IN SUPPORT OF MOTION FOR** |
| | ) **ADMISSION *PRO HAC VICE*** |
| | ) |
| **VITRAN EXPRESS, INC.,** | ) |
| | ) |
| Defendant. | ) |
| | ) |

I, W. Scott Hardy, being first duly sworn, state as follows:

1. My name is W. Scott Hardy. I am over 21 years of age and of sound mind. I have personal knowledge of the facts contained in this Affidavit.

2. I am outside counsel for Defendant Vitran Express, Inc. ("Defendant"), which has its corporate headquarters at 2850 Kramer Road, Gibsonia, Pennsylvania 15044. I wish to appear as co-counsel on behalf of Defendant in the above-captioned case, styled as *Scorone C. Hines v. Vitran Express, Inc.*, Case No. 1:12-cv-02773, and currently pending before this Court.

3. I currently am licensed, in good standing, and admitted to practice in the states of Pennsylvania (admission date January 10, 1997, registration number 79225) and West Virginia (admission date May 12, 2009, registration number 10957).

4. I also am admitted to practice before the United States District for the Western District of Pennsylvania (admission date December 12, 1996), the United States District Court for the Middle District of Pennsylvania (admission date November 14, 2011), the United States District Court for the Northern District of West Virginia (admission date May 18, 2010), the United States District Court for the Southern District of West Virginia (admission date May 12, 2009), the United States Court of Appeals for the Third Circuit (admission date May 6, 1999), the United States Court of Appeals for the Sixth Circuit (admission date January 10, 2012), and the United States Supreme Court (admission date May 20, 2002).

5. I presently hold a Certificate of *Pro Hac Vice* Registration from the Supreme Court of Ohio for 2013 (registration number PHV-2010-2013), a copy of which is attached hereto.

6. I have submitted payment of the $100.00 *pro hac vice* admission fee contemporaneously with this Motion.

7. I have never been suspended, disbarred or resigned from the practice of law before any court, department, bureau or commission of any State or the United States, and I have never received any written reprimand from any such court, bureau or commission pertaining to professional misconduct, discipline, or fitness as a member of the bar.

8. There are no disciplinary proceedings presently pending against me.

9. John Gerak, Esq. (Ohio Bar #0075431) and Josephine S. Noble, Esq. (Ohio Bar #0078410) of Ogletree, Deakins, Nash, Smoak & Stewart, P.C., located at 127 Public Square, 4130 Key Tower, Cleveland, Ohio 44114, will act as co-counsel in this matter, along with other members of the law firm of Ogletree, Deakins, Nash, Smoak & Stewart, P.C. Mr. Gerak and Ms. Noble are admitted to practice in the State of Ohio and before this Court.

10.  I agree to comply with the Ohio Rules of Professional Conduct adopted by the Supreme Court of Ohio; the Federal Rules of Civil Procedure; the Local Civil Rules of this Court; and to become subject to the courts of the State of Ohio.

FURTHER AFFIANT SAYETH NOT.

*W. Scott Hardy, Esq.*

SWORN TO AND SUBSCRIBED before me, a Notary Public for the state and county aforesaid, this 17th day of January 2013.

*Notary Public*

14155503.1 (OGLETREE)

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Donna M. Stupy, Notary Public
City of Pittsburgh, Allegheny County
My Commission Expires July 4, 2014
Member, Pennsylvania Association of Notaries

3