# The Supreme Court *of* Ohio

Office of Attorney Services

IN THE MATTER OF THE APPLICATION OF

**W. Scott Hardy**

FOR PRO HAC VICE REGISTRATION

per Gov. Bar R. XII, Section 2(A)(3)

Certificate of
PRO HAC VICE REGISTRATION

2013

Registration Number:
PHV- 2010-2013

W. Scott Hardy, having met the requirements of, and found to be in full compliance with, Section 2(A)(3) of Rule XII of the Rules for the Government of the Bar of Ohio, is hereby issued this certificate of pro hac vice registration in the state of Ohio.

To receive permission to appear pro hac vice in an Ohio proceeding, a motion requesting such permission must be filed with the tribunal in accordance with Section 2(A)(6) of Rule XII of the Rules for the Government of the Bar of Ohio.

*Susan B. Christoff*
Susan B. Christoff
Director, Attorney Services

**Expires December 31, 2013**